■ JOHN FENOCCHI et al., Appellants, v CITY OF SYRACUSE, Respondent. (Appeal No. 2.) [629 NYS2d 686] —Appeal unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Set Aside Verdict.) Present—Green, J. P., Lawton, Fallon, Callahan and Boehm, JJ.